Joseph M. Canning (SBN 250900)
Law Offices of
HILLMAN, LUCAS & JONES
A Professional Corporation
One Harbor Center, Suite 220
Suisun, CA 94585
(707) 427-7377
FAX (707) 427-7370
E-mail: JCanning@HLJLaw.com

Attorneys for Debtors
Patrick S. Lane and Sheena Lane

FILED
February 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002393044

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In re

PATRICK S. LANE and SHEENA LANE

Debtor(s).

Case No. 2010-22140
DC No. JMC-1

**MOTION TO COMPEL ABANDONMENT OF PROPERTY OF THE ESTATE 11 USC 554**

Date: March 3, 2010
Time: 10:00 a.m.
Judge: Robert S. Bardwil
Dept: 34

Debtor(s) move the Court as follows:

1. Debtors scheduled certain business assets in this case in Schedule B, including business equipment. Schedule is provided as Exhibit A.

2. All business assets were claimed exempt in Schedule C, or were over encumbered by secured debt listed on Schedule D. Schedule C is provided as Exhibit B.

3. Patrick S. Lane is self-employed licensed contractor and is the owner of RL Repairs. He is licensed by the State of California and the City of Fairfield to operate his business. The contractor's license and business license are attached hereto as Exhibit C.

4. Debtors believes that all scheduled business assets and operations are of no consequence or burdensome to the estate.

5. Debtors requests the Court to compel the Trustee to abandon all scheduled business assets and operation from the estate.

WHEREFORE, Debtor pray:

1. For an order compelling the Chapter 7 Trustee to abandon said property from the bankruptcy estate; and

2. For other relief the Court deems just and proper.

Dated: February 3, 2010

                                      /s/ Joseph M. Canning
Joseph M. Canning, Attorney for Patrick S. Lane and Sheena Lane